

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00054-CV

_____

NEAL RAUHAUSER, Appellant

V.

JAMES MCGIBNEY AND VIAVIEW, INC., Appellees

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-270669-14

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On March 10, 2025, we notified appellant that the trial court clerk responsible for preparing the record in this appeal has informed us that appellant has not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, by March 20, 2025, appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because appellant has not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: March 27, 2025

2